UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:25-CV-60980-MIDDLEBROOKS/AUGUSTIN-BIRCH

MILEYDIS SANCHEZ,

    Plaintiff,

vs.

DEVELOPMENTAL THERAPIES
AND BEYOND LLC AND JUSED
MELIAN,

    Defendants.
_____/

## **PLAINTIFF`S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT, DEVELOPMENTAL THERAPIES AND BEYOND LLC**

Plaintiff, Mileydis Sanchez files the Return of Service on Defendant, Developmental Therapies and Beyond LLC (served on May 28th, 2025).

Dated this 30th day of May 2025.

                                          s/Brian H. Pollock, Esq.
                                          Brian H. Pollock, Esq.
                                          Fla. Bar No. 174742
                                          brian@fairlawattorney.com
                                          FAIRLAW FIRM
                                          135 San Lorenzo Avenue
                                          Suite 770
                                          Coral Gables, FL 33146
                                          Tel:   305.230.4884
                                          *Counsel for Plaintiff*