UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:25-CV-60980-MIDDLEBROOKS/AUGUSTIN-BIRCH

MILEYDIS SANCHEZ,

    Plaintiff,

vs.

DEVELOPMENTAL THERAPIES
AND BEYOND LLC AND JUSED
MELIAN,

    Defendants.
_____/

## PLAINTIFF`S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT, JUSED MELIAN

Plaintiff, Mileydis Sanchez files the Return of Service on Defendant, Jused Melian (served on May 28th, 2025).

Dated this 30th day of May 2025.

    s/Brian H. Pollock, Esq.
    Brian H. Pollock, Esq.
    Fla. Bar No. 174742
    brian@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue
    Suite 770
    Coral Gables, FL 33146
    Tel:    305.230.4884
    *Counsel for Plaintiff*