## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 0:25-CV-60980-DMM

Plaintiff:
**MILEYDIS SANCHEZ**

vs.

Defendant:
**DEVELOPMENTAL THERAPIES AND BEYOND LLC AND JUSED MELIAN**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 19th day of May, 2025 at 11:54 am to be served on **Jused Melian, 5400 S University Dr., Suite 203, Davie, FL 33328**.

I, Kenneth Wolf, do hereby affirm that on the **28th day of May, 2025** at **8:57 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Jused Melian** at the address of: **5400 S University Dr., Suite 203, Davie, FL 33328**, and informed said person of the contents therein, in compliance with Florida statute §48.031(1)(a).

**Military Status:** Based upon inquiry at the time of service, the party to be served is not in the military.

**Marital Status:** Based upon inquiry at the time of service, they refused to state whether the party to be served is married.

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: Hispanic, Height: 5'4", Weight: 145, Hair: Dark Brown, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

**Kenneth Wolf**
Special Process Server, No 188

**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2025000855