IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**MILEYDIS SANCHEZ,**                    CASE NO. 0:25-CV-60980-DMM

    Plaintiff,

v.

**DEVELOPMENTAL THERAPIES AND
BEYOND LLC AND JUSED MELIAN**,

    Defendants.
_____/

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT [ECF 1]**

    Defendants DEVELOPMENTAL THERAPIES AND BEYOND LLC ("DTB") and JUSED MELIAN ("Ms. Melian") (hereinafter collectively the "Defendants"), by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b) and S.D. Fla. L.R. 7.1, file this unopposed request for extension of time within which to serve their response to the Complaint in this action and state as follows:

    1.    The Complaint ("Complaint") was served on the Defendants on May 28, 2025.

    2.    Accordingly, Defendants' response to the Complaint is due on Tuesday, June 17, 2025.

    3.    Undersigned counsel was only recently retained and, together with the Defendants, is still gathering the necessary information to properly respond to the Complaint.

    4.    Federal Rule of Procedure 6(b) permits the Court, for good cause, to grant extensions of time "upon written motion… before the original time… expires." *See*, Fed. R. Civ. Pro. 6(b)(1)(A).

Case No. CASE NO. 0:25-CV-60980-DMM

5.  Due to the imminent deadline and the nature of Plaintiff's claims, Defendants request the Court grant an extension of the response deadline to review and investigate Plaintiff's claims and prepare an appropriate response to Plaintiff's Complaint.

6.  The parties have also been engaging in initial discussions attempting to resolve the case, and counsel for the Plaintiff has confirmed his consent to a twenty (20) day extension of time to respond to the Complaint.

7.  Defendants therefore request an extension to Monday, July 7, 2025, to file their Response to the Complaint.

8.  Defendants do not seek this extension of time for the purpose of creating undue delay or prejudice. No party will be prejudiced by the requested extension of time to respond to the Complaint.

WHEREFORE, Defendants DEVELOPMENTAL THERAPIES AND BEYOND LLC and JUSED MELIAN respectfully request that the Court grant this Unopposed Motion for Extension of Time and enter the Order extending the deadline to respond to the Complaint through and including July 7, 2025.

Respectfully submitted,

**LAW OFFICE OF ALEXIS GONZALEZ, P.A.**
3162 Commodore Plaza, Suite 3E
Coconut Grove, Florida 33133
(305) 223-9999
(305) 223-1880 fax

/s/ *Alejandro Hoyos*
Alejandro Hoyos, Esq.
Florida Bar. No. 181072
ahoyos@aglawpa.com
Alexis Gonzalez, Esq.
Fla. Bar No. 180785
alexis@aglawpa.com

Case No. CASE NO. 0:25-CV-60980-DMM

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed with the Clerk of Court using the CM/ECF system on this 16th day of June, 2025. I also certify that the foregoing was served on this day by electronic mail via the CM/ECF system to the following:

| | |
|---|---|
| FAIRLAW FIRM<br>Brian H. Pollock, Esq.<br>135 San Lorenzo Avenue<br>Suite 770<br>Email: brian@fairlawattorney.com<br>*Counsel for Plaintiff* | |

/s/ *Alejandro Hoyos*
Alejandro Hoyos, Esq.
Florida Bar. No. 181072
ahoyos@aglawpa.com