IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**MILEYDIS SANCHEZ,**          **CASE NO. 0:25-CV-60980-DMM**

    Plaintiff,

v.

**DEVELOPMENTAL THERAPIES AND BEYOND LLC AND JUSED MELIAN**,

    Defendants.

_____/

**NOTICE OF FILING PROPOSED ORDER TO DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT [ECF 1]**

Defendants DEVELOPMENTAL THERAPIES AND BEYOND LLC ("DTB") and JUSED MELIAN ("Ms. Melian") (hereinafter collectively the "Defendants"), by and through undersigned counsel, file the Proposed Order to Defendants' Unopposed Motion for Extension of Time to Respond to Complaint [ECF 6].

    Respectfully submitted,

**LAW OFFICE OF ALEXIS GONZALEZ, P.A.**
3162 Commodore Plaza, Suite 3E
Coconut Grove, FL 33133
Tel.: (305) 223-9999
Fax: (305) 223-1880
Primary Email:  eservice@aglawpa.com

BY: */s/ Alejandro Hoyos*
Alejandro Hoyos, Esq.
Fla. Bar No. 181072
ahoyos@aglawpa.com
Alexis Gonzalez, Esq.
Fla. Bar No. 180785
alexis@aglawpa.com

Case No. CASE NO. 0:25-CV-60980-DMM

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed with the Clerk of Court using the CM/ECF system on this 16th day of June, 2025. I also certify that the foregoing was served on this day by electronic mail via the CM/ECF system to the following:

| | |
|---|---|
| FAIRLAW FIRM<br>Brian H. Pollock, Esq.<br>135 San Lorenzo Avenue<br>Suite 770<br>Email: brian@fairlawattorney.com<br>*Counsel for Plaintiff* | |

/s/ *Alejandro Hoyos*
Alejandro Hoyos, Esq.
Florida Bar. No. 181072
ahoyos@aglawpa.com