IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**MILEYDIS SANCHEZ,**                             **CASE NO. 0:25-CV-60980-DMM**

    Plaintiff,

v.

**DEVELOPMENTAL THERAPIES AND
BEYOND LLC AND JUSED MELIAN,**

    Defendants.
_____/

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT [ECF 1]

THIS CAUSE having come on to be considered upon the Defendants, DEVELOPMENTAL THERAPIES AND BEYOND LLC and JUSED MELIAN (collectively referred to as the "Defendants") Unopposed Motion for Extension of Time to respond to the Complaint, and the Court being otherwise fully advised in the premises it is hereby:

ORDERED and ADJUDGED as follows: The Unopposed Motion for Extension of Time is GRANTED. Defendants shall file a response to the Amended Complaint in this action on or before July 7, 2025.

DONE and ORDERED in Miami, Florida on _____ 2025.

                                                                                      _____
                                                                                      DONALD M. MIDDLEBROOKS
                                                                                      UNITED STATES DISTRICT JUDGE