UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:25-CV-60980-MIDDLEBROOKS/AUGUSTIN-BIRCH

MILEYDIS SANCHEZ,

    Plaintiff,

vs.

DEVELOPMENTAL THERAPIES
AND BEYOND LLC AND JUSED
MELIAN,

    Defendants.
_____/

### NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF

Katelyn Schickman, Esq., of the FairLaw Firm, notifies the Court and all parties of her appearance in this action as counsel for Plaintiff, Mileydis Sanchez, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on her at the below address / email address.

Dated this 3rd day of July 2025.

                                                            s/Katelyn Schickman, Esq.
                                                            Katelyn Schickman, Esq. (1064879)
                                                            katie@fairlawattorney.com
                                                            FAIRLAW FIRM
                                                            135 San Lorenzo Avenue
                                                            Suite 770
                                                            Coral Gables, FL 33146
                                                           Tel:  305.230.4884
                                                           *Counsel for Plaintiff*