UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:25-CV-60980-AUGUSTIN-BIRCH [*CONSENT CASE*]

MILEYDIS SANCHEZ,

    Plaintiff,

vs.

DEVELOPMENTAL THERAPIES
AND BEYOND LLC AND
JUSED MELIAN,

    Defendants.

_____/

**ORDER GRANTING JOINT MOTION
FOR APPROVAL OF SETTLEMENT AGREEMENT**

**THIS CAUSE** having been heard on the Joint Motion to Approve Settlement Agreement and for Dismissal of Case with Prejudice, and the Court having considered the same and being otherwise fully advised, it is hereby:

**ORDERED AND ADJUDGED** that:

1. The Motion is hereby **GRANTED.**
2. The Settlement Agreement is **APPROVED**.
3. The above-entitled cause is hereby **DISMISSED WITH PREJUDICE**.
4. Attorneys' fees and costs will be paid pursuant to the terms of the Parties' Settlement Agreement.
5. The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.
6. The Court shall retain jurisdiction over this case for 60 to enforce the terms of the Settlement Agreement.

**DONE** and **ORDERED** in Chambers at _____, Florida this ____ day of _____ 2025.

                                              _____
                                              PANAYOTTA AUGUSTIN-BIRCH
                                              U.S. MAGISTRATE JUDGE

Copies furnished to:
*Counsel of record by CM/ECF*